NO. 8.790

COURT OF APPEAL - PARISH OF ORLEANS

STEINBERG & COMPANY,
            Plaintiff & Appellee

vs.

BERNARD (BARNETT) CUSACHS,
            Defendant & Appellant.

On motion of STEINBERG & COMPANY, through their attorneys, MILLING, GODCHAUX, SAAL & MILLING, and of BARNETT CUSACHS, through his attorneys, DART, KERNAN & DART, and on suggesting to the Court that the appellant and appellee have reached a satisfactory compromise -

IT IS ORDERED, that this case be, and same is hereby discontinued.

_____
Attorneys for Plaintiff & Appellee.

_____
Attorneys for Defendant & Appellant.